UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

WESTERN DIVISION

| | | |
|---|---|---|
| In re AMERICAN ITALIAN PASTA COMPANY SECURITIES LITIGATION | ) ) ) ) | No. 4:05-cv-00725-ODS<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) | PLAINTIFF FIREFIGHTERS' PENSION'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF THE COURT'S ORDER CONSOLIDATING SECURITIES AND DERIVATIVE CASES AND APPOINTING LEAD PLAINTIFF |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that as soon as the matter may be heard in the Courtroom of the Honorable Ortrie D. Smith of the United States District Court for the Western District of Missouri – Western Division, plaintiff Firefighter's Pension System of the City of Kansas City, Missouri Trust ("Firefighters' Pension") by and through its counsel, will move this Court for reconsideration of the Court's December 19, 2005 Order consolidating all derivative and class actions and appointing lead plaintiff.

This Motion is based upon this Notice, the accompanying Memorandum of Law, the complete files and records in this action, and such oral argument as the Court may consider in deciding this Motion.

DATED: December 29, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS, III
UDOKA NWANNA

s/ Travis E. Downs III
TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101-4297
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

DYSART TAYLOR LAY COTTER
  & McMONIGLE, P.C.
DON R. LOLLI (24012)
4420 Madison Avenue
Kansas City, MO 64111
Telephone: 816/931-2700
816/931-7377 (fax)

Local Counsel

S:\CasesSD\American Italian Pasta Derivative\MTN00027017.doc

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Travis E. Downs III
TRAVIS E. DOWNS III

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: Travisd@lerachlaw.com

# Mailing Information for a Case 4:05-cv-00725-ODS

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **William D Beil**
  billb@rhgm.com billb@rhgm.com

- **Janet Ivy Blauvelt**
  jblauvelt@summersblauvelt.com

- **Brandon J.B. Boulware**
  brandonb@rhgm.com

- **W. Perry Brandt**
  perry.brandt@bryancave.com andrea.pickrell@bryancave.com;sandimayfield@bryancave.com

- **Gregory M. Dennis**
  leongatha@aol.com

- **Travis E Downs, III**
  travisd@lerachlaw.com hectorm@lerachlaw.com;e_filesd_@lerachlaw.com

- **James L Eisenbrandt**
  jeisenbrandt@bowse-law.com jchrisman@bowse-law.com

- **Nadeem Faruqi**
  nfaruqi@faruqilaw.com

- **William B. Federman**
  wfederman@aol.com law@federmanlaw.com;ngb@federmanlaw.com

- **Jeffrey P Fink**
  jfink@ruflaw.com

- **W. James Foland**
  jfoland@fwpclaw.com jfoland@fwpclaw.com

- **Charles W. German**
  charleyg@rhgm.com

- **Beth A. Keller**
  bkeller@faruqilaw.com

- **John M. Kilroy, Jr**
  jkilroyjr@stklaw.com

- **Nick J. Kurt**
  nkurt@bowse-law.com

- **Don R. Lolli**
  dlolli@dysarttaylor.com kminks@dysarttaylor.com

- **Brian D. Martin**
  bmartin@blackwellsanders.com phigh@blackwellsanders.com

- **John J Miller**
  millerlaw@prodigy.net millerlaw@prodigy.net

- **Kenneth E. Nelson**
  kennelson@mclaw.com

- **Udoka Nwanna**
  udokan@lerachlaw.com

- **David F Oliver**
  doliver@bowse-law.com dsullivan@bowse-law.com;sbarron@bowse-law.com

- **Mark A. Olthoff**
  molthoff@stklaw.com mogrady@stklaw.com

- **Michael C. Phillips**
  mphillips@blackwellsanders.com

- **Jason M. Pottenger**
  jpottenger@yplawfirm.com

- **Fred L. Sgroi**
  fred.sgroi@bryancave.com sfardon@bryancave.com

- **Evan J. Smith**
  esmith@brodsky-smith.com

- **Michael Thompson**
  mthompson@blackwellsanders.com

- **W. Todd Ver Weire**
  tvw@federmanlaw.com

- **R Frederick Walters**
  fwalters@wbsvlaw.com jhaake@wbsvlaw.com

- **Michael T. Yonke**
  myonke@yplawfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ramzi Abadou
Lerach Coughlin Stoia & Robbins, LLP
401 B Street
Suite 1700
San Diego, CA 92101
```

**Mary K Blasy**
655 West Broadway
Suite 1900
San Diego, CA 92101

**Andrew J. Brown**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Jeffrey P. Campisi**
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
22nd Floor
New York, NY 10022

**John Michael Clear**
211 N. Broadway
Suite 3600
St. Louis, MO 63102

**Frederic S Fox**
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue
22nd Floor
New York, NY 10022

**Donald R. Hall**
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
22nd Floor
New York, NY 10022

**Avi Josefson**
1285 Avenue of the Americas
New York, NY 10019

**Laurence D King**
Kaplan Fox & Kilsheimer LLP
555 Montgomery Street
Suite 1501
San Franciso, CA 94111

**William S LeRach**
LeRach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Brian J. Robbins**
Robbins Umeda & Fink LLP
610 West Ash Street,
Suite 1800
San Diego, CA 92101

**Darren Robbins**
Lerach, Coughlin, Stoia, Gelier, Rudman & Robbins, LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**Gerald H. Silk**
1285 Avenue of the Americas

New York, NY 10019

**Joel B. Strauss**
Kaplan Fox & Kilsheimer LLP
805 Third Avenue
22nd Floor
New York, NY 10022

**Marc A Topaz**
Schiffrin & Barroway, LLP
208 King of Prussia Road
Radnor, PA 19087